In the Matter of RUFUS LEWIS PERRY, an Attorney.— Motion to confirm report of the referee granted, and respondent disbarred.  Present — Jenks, P. J., Thomas, Mills and Rich, JJ.; Stapleton, J., not voting.

In the Matter of the Application of CHARLES RIES and ANNA M. H. HUEG, as Creditors of CATHERINE A. C. G. REHFELDT, for the Sale, Mortgage or Lease of the Real Property of CATHERINE A. C. G. REHFELDT, Deceased, for the Payment of Debts.— Motion granted, with ten dollars costs.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of BENJAMIN TAISHOFF and Another, Respondents, on an Application to Adjust the Liens of ABRAHAM B. SCHLEIMER and Another, Attorneys.  MAX SCHLEIMER, Appellant.— Motion granted to the extent of $2,300, and conditional upon the prompt prosecution of the case.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.  Order to be settled before Mr. Justice Mills.

GEORGIANA G. MAXWELL, etc., Appellant, v. SUSAN C. HOGE and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

IDA MEIER, as Administratrix, etc., of JAMES H. MEIER, Deceased, Respondent, v. PAUL GLASSER, Appellant.— Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant.— Motion denied, with ten dollars costs.  Present — Mills, Rich, Putnam and Blackmar, JJ.; Jenks, P. J., not voting.

CHARLES C. OVERTON and Others, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion granted.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.  Order to be settled before Mr. Justice Blackmar.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FAGGELLO, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case upon the January, 1918, calendar, and be ready for argument when reached.  This decision is without prejudice to a formal motion to dispense with the printing.  Present — Jenks, P. J., Mills, Rich; Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. HAZEL, Appellant, v. THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Motions denied, both to resettle the order of this court, and for leave to appeal to the Court of Appeals.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT M. JUDSON, Respondent, v. FREDERICK D. BREITHACK and Others, as Assessors of the City of Yonkers, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.